# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haikala. Madeline H. | United States District Court. Northern District of Alabama | 05/17/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
Hugo L. Black United States Courthouse
1729 Fifth Avenue North. Room 319
Birmingham. AL 35203-2000

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Birmingham Bar Association Women's Section |
| 2. | Board of Directors | Leading Edge Institute |
| 3. | Committee Member | Women's Committee of Cornerstone Schools of Alabama |
| 4. | Executive Officer | Appellate Section Alabama State Bar |
| 5. | Partner | Lightfoot. Franklin & White. LLC (through 9/30/2012) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011-2012 | Lightfoot. Franklin & White. LLC Retirement Plan with former law firm. no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haikala, Madeline H. | 05/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Lightfoot. Franklin & White. LLC | $146,944.00 |
| 2. 2011 | Lightfoot. Franklin & White. LLC | $194,859.00 |
| 3. 2012 | Lightfoot. Franklin & White. LLC | $153,594.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haikala, Madeline H. | 05/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haikala, Madeline H. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Commercial Cash Account | A | Interest | K | T | Exempt | | | | |
| 2. Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 3. PNC Bank CDs | B | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. 401K #1 | | | | | | | | | |
| 6. - Credit Suisse Cushing 30 MLP Index ETN | A | Dividend | J | T | | | | | |
| 7. - DoubleLine Total Return Bond | A | Dividend | K | T | | | | | |
| 8. - Dreihaus Active Income Fund | A | Dividend | K | T | | | | | |
| 9. - iBoxx Investment Grade Corporate Fund | A | Dividend | J | T | | | | | |
| 10. - iShares Barclays TIPS Bond Fund | A | Dividend | J | T | | | | | |
| 11. - iShares Gold Trust | A | Dividend | J | T | | | | | |
| 12. - iShares North American Natural Resources | A | Dividend | J | T | | | | | |
| 13. - JP Morgan Alerian MLP Index ETN | A | Dividend | | | | | | | |
| 14. - SPDR Barclays Capital High Yield Bond | A | Dividend | J | T | | | | | |
| 15. - SPDR Barclays Emerging Markets Local Bond | A | Dividend | | | | | | | |
| 16. - SPDR Dow Jones REIT | A | Dividend | J | T | | | | | |
| 17. - TD Bank Money Market Deposit Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haikala, Madeline H. | 05/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Vanguard Dividend Appreciation ETF | A | Dividend | J | T | | | | | |
| 19.  - Vanguard Emerging Markets Stock ETF | A | Dividend | J | T | | | | | |
| 20.  - Vanguard Short Term Bond ETF | A | Dividend | K | T | | | | | |
| 21.  - Vanguard Total Bond Market ETF | A | Dividend | L | T | | | | | |
| 22.  - Vanguard Total International Stock ETF | A | Dividend | K | T | | | | | |
| 23.  - Vanguard Total Stock Market ETF | A | Dividend | L | T | | | | | |
| 24.  - Wasatch Emerging Markets Sm. Cap. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haikala, Madeline H. | 05/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On April 26, 2013, the Committee on Financial Disclosure sent a letter asking that I provide an amended report because I omitted my non-investment income from 2010 in the report that I filed on February 6, 2013. I contacted the financial advisor who prepared the initial report and asked him to make the revision. While he was updating my Initial Report, I was preparing a Nomination Report for a potential district court nomination. As I worked on the Nomination Report, I realized that there were a number of mistakes in Part VII (Investments and Trusts) of my Initial Report. Consequently, in this Amended Initial Report, I have revised not only Part III but also Part VII. I also added my partnership in Lightfoot, Franklin & White, LLC on line 5 of Part I of the amended report.

| Name of Person Reporting | Date of Report |
|---|---|
| Haikala, Madeline H. | 05/17/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Madeline H. Haikala**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544